UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERIGNE SALIOU NDOYE (A-245-399-809),<br><br>                    Petitioner,<br><br>        v.<br><br>WARDEN, et al.,<br><br>                    Respondents. | No.  1:26-cv-00314-DC-CSK (HC)<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 13, 17, 21) |

Petitioner, a noncitizen proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 5, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 17.  Respondents filed objections to the findings and recommendations.  ECF No. 18.  However, Respondents' arguments were addressed by the magistrate judge in this case and have already been rejected by this court in other cases. *See Calvillo v. Chestnut*, No. 1:26-cv-00569-DC-CSK, 2026 WL 253627 (E.D. Cal. Jan. 31, 2026) (finding that where the government presents non-pretextual reasons to re-detain a noncitizen previously released into the United States, the proper remedy for the

1

government's failure to provide a pre-deprivation bond hearing is a post-deprivation bond hearing, not immediate release). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.**Error! Hyperlink reference not valid.**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 17) are ADOPTED;

2. The petition for writ of habeas corpus (ECF No. 2) is GRANTED as follows:

   a.  Within fourteen (14) days, Respondents are ORDERED to provide Petitioner Serigne Saliou Ndoye (A-245-399-809) a bond hearing before an immigration judge at which the government shall bear the burden of proving, by clear and convincing evidence, that Petitioner is either a flight risk or risk to community safety such that Petitioner's continued immigration detention is justified; and

   b.  If Respondents fail to provide Petitioner a bond hearing within fourteen (14) days, Petitioner shall be immediately released from Respondents' custody on the same terms as Petitioner's previous release;

3. Respondents' motion to dismiss (ECF No. 13) and request to stay this matter are DENIED;

4. Petitioner's emergency motion for immediate adoption of the findings and recommendations (ECF No. 21) is DENIED as moot;

5. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:  **June 29, 2026**

_____
Dena Coggins
United States District Judge

2